JAMES R. NOWLIN
SENIOR JUDGE

TELEPHONE:
(512) 916-5675

April 7, 2008

The Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D. C. 20544

Re: Financial Disclosure Report for Calendar 2007 Dated
March 14, 2008 - Judge James R. Nowlin

Thank you for your letter dated April 3, 2008 concerning two items not included in my Report for calendar year 2007 that were included in my Report for calendar year 2006, specifically personal savings/money market accounts held by EmigrantDirect Bank of New York and First National Bank of Bastrop, Texas. My computer generated Report for 2006 using the online software for that year was lost late last year when the computer on which it had been saved crashed and was replaced. Unfortunately files located on that computer could not be saved.

Not having the use of the previous years Report on the new computer resulted in the necessity to re-create the Report for 2007. In that effort I unintentionally omitted the two items referred to in your letter. Those items which should be listed in Section VII are personal savings/money market accounts and I respectfully request that this letter serve as an amendment to my 2007 Report at Section VII, Page 4A as follows:

26. EmigrantDirect, New York - A - int. - A - T
27. First National Bank of Bastrop - A - int. - A - T

If I can be of further assistance with regard to this current Report please do not hesitate to contact me.

JRN/

JAMES R. NOWLIN
SENIOR JUDGE

TELEPHONE:
(512) 916-5675



March 14, 2008

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D. C. 20544

Re: Financial Disclosure Report, Calendar Year 2007
Judge James R. Nowlin, U.S.D.C. Senior Judge,
Western District of Texas, Austin Division

Enclosed please find an original and three (3) copies of my completed and executed Financial Disclosure Report for Calendar Year 2007. With regard to "VII. Investments and Trusts" it is my recollection that in past years your office indicated to me that the proper course when there is no income during a calendar year from an investment, Column B(1) should be left blank and Column B(2) should reflect "None." It is my interpretation of "$1,000 or less" that "less" includes "none" and I therefore continue to use the "A" category for Column B(1) where there is zero income for the year - zero (none) being less than $1,000.00. Should that interpretation be in conflict with yours, I suggest that the wording of Column B(1) A be altered to include "$1,000-$0.01".

Although I found a way to duplicate Page 4 of 6 on the computer software by printing two separate Report forms I suggest that you conform the program in the future to allow for multiple pages when one page is not sufficient to include all Investments; or, at least clearly inform one without a computer science degree how to accomplish this feat.

Thanking you for your assistance, I am



JRN/
encs.
Certified Mail,

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Nowlin, James R | 2. Court or Organization<br><br>U.S.D.C., Austin, Texas | 3. Date of Report<br><br>3/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.D.C. Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>200 W. 8th Street, Ste. 207<br>Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nowlin, James R | 3/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | State Employees' Retirement System of Texas, State Legislative Retirement | $ 38,963.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nowlin, James R | 3/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ranch, Bastrop County, Texas | B | Distribution | O | W | | | | | |
| 2. RBC Dain Raucher | A | Interest | J | T | | | | | |
| 3. Affiliated Computer Services | A | None | J | T | | | | | |
| 4. Cisco Systems | A | None | J | T | | | | | |
| 5. Clear Channel Communications | A | None | J | T | | | | | |
| 6. General Electric Company | A | Dividend | J | T | | | | | |
| 7. Nokia | A | None | J | T | | | | | |
| 8. Pfizer | A | Dividend | J | T | | | | | |
| 9. AT&T | A | Dividend | J | T | | | | | |
| 10. AT&T | A | Dividend | K | T | buy | 2/08 | J | | Market |
| 11. Intl.House of Pancakes (IHOP) | A | Dividend | J | T | | | | | |
| 12. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 13. Fox Hollow Tech, Inc. | A | None | J | T | | | | | |
| 14. CCE, Inc. | A | None | J | T | | | | | |
| 15. Notes,Sub SR 2004 D.C.W&S AU Pub Util | B | Interest | K | T | | | | | |
| 16. China Security & Surveillance Tech, Inc. | A | None | J | T | buy | 11/14 | J | | Market |
| 17. Eaton Vance Glob Tax | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nowlin, James R | 03/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 18. Nuveen Quality PFD | A | Int./Div. | K | T | | | | | |
| 2. 19. Van Kampan SR INCM TR | A | Int./Div. | K | T | | | | | |
| 3. 20. D.Y. Exploration, Inc. | A | Royalty | K | W | | | | | |
| 4. 21. Navajo Refining Company | D | Royalty | K | W | | | | | |
| 5. 22. Chaparral Energy, LLC | A | Royalty | J | W | | | | | |
| 6. 23. Arena Resources, Inc. | A | Royalty | J | W | | | | | |
| 7. 24. Hunt Oil Company | A | Royalty | J | W | | | | | |
| 8. 25. Strand Energy, L.C. | B | Royalty | K | W | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nowlin, James R | 3/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII(A):

Re: Oil and Gas Royalty Interests - Payors/Lease Operators - Items 20-25:

No new or additional royalty interests were bought, transferred or sold during this reporting period. Any change or difference in identity of payors/operators listed herein from prior reports does not reflect or indicate any sale, acquisition or transfer of royalty interests but only reflects changes, if any, in lease operator/payor or an absence of reportable royalty income from a particular operator/payor or interest during this reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544